NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NOROTOS, INC.,**
*Plaintiff-Appellant,*

**v.**

**OPS-CORE, INC.,**
*Defendant-Appellee.*

---

2013-1042

---

Appeal from the United States District Court for the District of Massachusetts in No. 09-CV-10215, Judge Richard G. Stearns.

---

## JUDGMENT

---

EDWARD R. SCHWARTZ, Christie, Parker & Hale LLP, of Glendale, California, argued for plaintiff-appellant. With him on the brief was THOMAS J. DALY.

THOMAS B. KENWORTHY, Morgan, Lewis & Bockius LLP, of Philadelphia, Pennsylvania, argued for defendant-appellee.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, REYNA, and WALLACH, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

April 9, 2013        /s/ Jan Horbaly
Date            Jan Horbaly
               Clerk